# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv249

| | |
|---|---|
| ASHEVILLE POSTAL CREDIT UNION, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>TERRA FIRMA INFORMATION TECHNOLOGIES, LLC, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the CIAC submitted by the parties on November 24, 2010. Attached to such form is a document captioned "Stipualtion and Protective Order Regarding Confidential Information." (#15-1). Counsel for the respective parties are advised that Rule 7(b), Federal Rules of Civil procedure, requires that any request for an order, unless made in open court, be by way of written motion. With the advent of ECF, complying with Rule 7(b) is imperative inasmuch as an attachment to a document does not generate a "motion" trackable by ECF. The attachment will, therefore, be stricken.

# ORDER

**IT IS, THEREFORE, ORDERED** that docket entry #15-1 is **STRICKEN** as it is not in compliance with Rule 7(b), Fed.R.Civ.P., or L.Cv.R. 7.1(A).

Signed: November 30, 2010

Dennis L. Howell
United States Magistrate Judge