# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv249

| | |
|---|---|
| ASHEVILLE POSTAL CREDIT UNION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TERRA FIRMA INFORMATION TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the joint Motion for Pretrial Conference. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Pretrial Conference (contained in the CIAC) is **GRANTED,** and a Initial Pretrial Conference is calendared for December 10, 2010, at 9:30 a.m. in Courtroom #2 in Asheville.

1

Signed: December 2, 2010

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge