# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv249

| | |
|---|---|
| ASHEVILLE POSTAL CREDIT UNION, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| TERRA FIRMA INFORMATION TECHNOLOGIES, LLC, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that the deadline for designation of a mediator, January 10, 2011, has passed with no designation.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their designation of mediator not later than March 25, 2011.

Signed: March 14, 2011

Dennis L. Howell
United States Magistrate Judge

1